UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TERAS CHARTERING, LLC, | CASE NO. C16-0188RSM |
| Plaintiff, | |
| v. | MINUTE ORDER DIRECTING RESPONSE TO MOTION FOR RECONSIDERATION |
| HYUPJIN SHIPPING CO., LTD, | |
| Defendant. | |

The following MINUTE ORDER is made by direction of the Court, the Honorable Ricardo S. Martinez, Chief United States District Judge:

On August 14, 2017, Defendant filed a Motion for Reconsideration asking the Court to reconsider its prior Order granting in part and denying in part its motion for summary judgment. Dkt. #63. The Court has reviewed the Motion for Reconsideration and hereby ORDERS: **No later than September 1, 2017,** Plaintiff shall file a Response to Defendant's Motion for Reconsideration. The response shall not exceed 8 pages in length. No Reply shall be filed. Defendant's Motion for Reconsideration (Dkt. #63) shall be RE-NOTED for consideration on September 1, 2017.

DATED this 24th day of August, 2017.

WILLIAM McCOOL, Clerk

By: /s/ Rhonda Stiles
Deputy Clerk

ORDER
PAGE - 1