# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| TERAS CHARTERING, LLC, | CASE NO. C16-0188RSM |
| Plaintiff, | |
| v. | ORDER DIRECTING VERDICT IN FAVOR OF DEFENDANT |
| HYUPJIN SHIPPING CO., LTD, | |
| Defendant. | |

On March 6, 2018, Plaintiff rested its case in this matter. Defendant then made an oral Motion for Directed Verdict. For the reasons set forth on the record, the Court has GRANTED Defendant's motion, and hereby directs the Clerk to enter Judgment in favor of Defendant, dismissing all of Plaintiff's claims against it. This matter is now CLOSED.

Nothing in this Order precludes the parties from filing any motions for attorney's fees should they decide such motions are warranted.

DATED this 6 day of March, 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 1