UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TERAS CHARTERING, LLC,<br><br>           Plaintiff,<br>   v.<br><br>HYUPJIN SHIPPING CO., LTD.,<br><br>           Defendant. | IN ADMIRALTY AND AT LAW<br><br>No.:   2:16-cv-00188-RSM<br><br>**ORDER DIRECTING ENTRY OF JUDGMENT** |

      **THIS MATTER** having come on regularly before the undersigned Judge of the above-entitled Court on Hyupjin's Motion for Relief from Discovery Deadline; and the Court having considered Hyupjin's Motion for Entry of Judgment and all exhibits and attachments thereto; the Plaintiff having failed to respond to the motion, and the Court having reviewed the records and files herein, and being fully advised in the premises; now, therefore,

      **IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that Hyupjin's Motion for Entry of Judgment is **GRANTED**, and

      The Clerk is directed to enter judgment in favor of Hyupjin Shipping Co. Ltd. and against Teras Chartering, LLC, in the amount of $312,677.47, plus post-judgment interest at the rate of 2.24%.

      **DATED** this 22nd day of May, 2018.

                                          RICARDO S. MARTINEZ
                                        CHIEF UNITED STATES DISTRICT JUDGE

ORDER DIRECTING ENTRY OF JUDGMENT- 1

(2:16-cv-00188-RSM)

LAW OFFICES OF
**NICOLL BLACK & FEIG PLLC**
1325 FOURTH AVENUE
SUITE 1650
SEATTLE, WASHINGTON
(206) 838-7555

*Presented by:*

NICOLL BLACK & FEIG PLLC

*/s/ Jeremy B. Jones*
Christopher W. Nicoll, WSBA No. 20771
Jeremy B. Jones, WSBA No. 44138
Attorneys for Defendant Hyupjin Shipping Co., Ltd.

ORDER DIRECTING ENTRY OF JUDGMENT- 2

(2:16-cv-00188-RSM)

LAW OFFICES OF
**NICOLL BLACK & FEIG PLLC**
1325 FOURTH AVENUE
SUITE 1650
SEATTLE, WASHINGTON
(206) 838-7555